IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR127 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ENTRY OF APPEARANCE** |
| UDIEL DEMESIO VELASQUEZ-VELASQUEZ, | ) | |
| Defendant. | ) | |

Cheryl M. Kessell hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 10th day of June, 2025.

Respectfully submitted,

Udiel Demesio Velasquez-Velasquez, Defendant,

By /s/ Cheryl M. Kessell
    Cheryl M. Kessell
    Attorney for Defendant
    222 South 15th Street, #300N
    Omaha, NE 68102
    Telephone: (402) 221-7896
    Fax: (402) 221-7884
    E-Mail: cheryl_kessell@fd.org